FIRST DEPARTMENT, MARCH, 1935.

YETTA NEWMAN, Appellant, v. INTERBOROUGH RAPID TRANSIT CORPORATION, Respondent.

PER CURIAM. We are of opinion that the plaintiff failed to establish any negligence on the part of the defendant (*Putnam* v. *Broadway & Seventh Avenue Railroad Co.*, 55 N. Y. 108) and that the complaint was properly dismissed upon the merits. (See opinion in *Kagan* v. *Avallone*, 243 App. Div. 437.)

The judgment appealed from should be affirmed, with costs.

Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Judgment affirmed, with costs.

LOUIS M. SHMULEWITZ, Appellant, v. CELIA COHEN, as Executrix, etc., of BENJAMIN COHEN, and Another, Respondents, and CONGREGATION EIN JACOB ANSHEI LISKOWER, Defendant.

PER CURIAM. We are of the opinion that the verdict of the jury in favor of the plaintiff against the defendants Brown and Cohen was against the weight of the evidence and that the court was justified in setting the verdict aside. The court, however, should have ordered a new trial instead of directing a verdict after the jury had been discharged. (*Gabler* v. *Goldman Co.*, 215 App. Div. 333; *Gilbert* v. *Finch*, 72 id. 38; affd., 173 N. Y. 455.)

The judgment appealed from should be reversed and a new trial ordered as to all the defendants, with costs to the appellant against the defendants, respondents, to abide the event.

Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Judgment reversed and a new trial ordered as to all defendants, with costs to the appellant against the defendants, respondents, to abide the event.